■ In the Matter of NEW YORK CENTRAL RAILROAD, Appellant, v. MAX H. FOLEY et al., Constituting the Board of Standards and Appeals of the City of New York, et al., Respondents.— Order, entered on April 25, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ HELEN OLIVERO, as Administratrix of the Estate of ISMAEL OLIVERO, Deceased, Appellant, v. LEONIDAS DAMASCUS et al., Individually and as Co-partners Doing Business under the Name of ADMIRAL HOTEL, Respondents.— Judgment dismissing the complaint affirmed, with costs to respondents. Concur — Rabin, McNally, Eager and Bergan, JJ.; Breitel, J. P. dissents and votes to reverse and grant a new trial on the ground that a prima facie case was made out.

■ JEAN MEHLER, Appellant, et al., Plaintiff, v. CITY OF NEW YORK, Respondent.— Judgment dismissing the complaint reversed on the law and the facts and in the exercise of discretion, and a new trial ordered, with costs to abide the event. Plaintiff has made out a sufficient case to present a question of fact for the jury on both negligence and contributory negligence. Concur — Rabin, J. P., Stevens and Bergan, JJ.; Valente and Eager, JJ., dissent and vote to affirm.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL KANE, Appellant.— Orders, entered on January 23, 1962 and March 19, 1962, unanimously affirmed. No opinion. Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Stevens, Eager and Steuer, JJ.

■ JUPITER SHIPPING COMPANY, Appellant, v. OVIEDO COMPANIA NAVIERA, S. A., Respondent.— Order, entered on January 29, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of SACHER WERNER, Petitioner, v. ROBERT A. GLASSER et al., Constituting the Harness Racing Commission of the State of New York, Respondents.— Determination of respondents unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ RENE FUSS, Respondent, v. FRENCH NATIONAL RAILROADS, Appellant.— Order, entered on August 7, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ. [35 Misc 2d 680.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CAESAR GOINGS, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.